IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PHILIP ANGELL, STEVEN BROWN, TONNIE BECK, TAMMY MORRIS, AND DAWN BURNHAM, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO COUNTY MUTUAL INSURANCE COMPANY, and GEICO CHOICE INSURANCE COMPANY,<br><br>    Defendants. | Case No. 4:20-cv-00799 |

## ORDER

Before the Court is Defendants' Motion to Stay Proceedings Pending Federal Rule of Civil Procedure 23(f) Appeal. After considering the Motion to Stay Proceedings, Plaintiffs' response thereto, if any, and the applicable law, the Court is of the opinion that Defendants' Motion to Stay Proceedings should be GRANTED. It is therefore:

ORDERED that all further proceedings in this case are stayed pending resolution of Defendants' appeal of the Court's November 30, 2021 Memorandum and Order.

ORDERED this _____ day of _____, 2022.

_____
THE HONORABLE KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE