# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED

*February 17, 2022*

Nathan Ochsner, Clerk of Court



No. 21-90053

A True Copy
Certified order issued Feb 17, 2022

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

PHILIP ANGELL; STEVEN BROWN; TONNIE BECK; TAMMY MORRIS; DAWN BURNHAM,

*Plaintiffs—Respondents,*

*versus*

GEICO ADVANTAGE INSURANCE COMPANY; GEICO INDEMNITY COMPANY; GOVERNMENT EMPLOYEES INSURANCE COMPANY; GEICO COUNTY MUTUAL INSURANCE COMPANY; GEICO CHOICE INSURANCE COMPANY,

*Defendants—Petitioners.*

---

Motion for Leave to Appeal
under FED. R. CIV. P. 23(F)
USDC No. 4:20-CV-799

---

Before JONES, DUNCAN, and ENGELHARDT, *Circuit Judges.*

PER CURIAM:

    IT IS ORDERED that the motion for leave to appeal under FED. R. CIV. P. 23(F) is GRANTED.

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 17, 2022

TO: All Counsel and Parties Listed Below

    Misc. No. 21-90053  Angell v. GEICO Advantage Ins
                USDC No. 4:20-CV-799

Enclosed is a copy of the court's order granting the motion(s) for leave to appeal. The case is transferred to the court's general docket. All future inquiries should refer to docket No. 22-20093.

Unless the district court has granted you leave to proceed on appeal in forma pauperis, the appellant(s) should immediately pay the court of appeals' $505.00 docketing fee to the clerk of the district court, and notify this office of your payment within 14 days from the date of this letter. If you do not, we will dismiss the appeal, see 5TH CIR. R. 42.3.

Counsel desiring to appear in this case must electronically file a "Form for Appearance of Counsel", naming each party you represent, within 14 days from the date of this letter. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, we will remove your name from the docket. Pro se parties do not need to file an appearance form.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shawn D. Henderson, Deputy Clerk
504-310-7668

Mr. Richard David Daly
Ms. Kymberly Kochis
Mr. Edmund A. Normand
Mr. Jacob Phillips
Mr. Andrew Shamis

Enclosure(s)

cc:
    Mr. Nathan Ochsner