## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS - BROWNSVILLE DIVISION

**NATHAN OCHSNER**
CLERK OF COURT

600 E. HARRISON STREET
BROWNSVILLE, TX  78520-7114
956-548-2500

June 10, 2022

In re: Angell et al v. GEICO Advantage Insurance Company et al
District Court No.: 4:20-cv-799
Circuit Court No.: 22-20093

To Whom it May Concern:

    Pursuant to the order entered on June 9, 2022 by the United States District Court of Appeals for the 5th Circuit, you have been granted access to the sealed documents on the case referenced above.

    Enclosed is the SEALED electronic record on CD for this Notice of Appeal as ordered by the 5th Circuit. Please prepare your brief regarding this appeal using this copy of the paginated record. The CD does not need to be returned to our Clerk's office.  Please properly dispose of all items when the appeal process is complete.

                                 Nathan Ochsner, Clerk

                                 By:  /s/ Efrain Garcia
                                    Efrain Garcia, Deputy Clerk

/eg
Encl.